IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| vs. | * | CR. NO.: 16-10065-STA |
| JAMES WYNN, JR., | * | |
| Defendant. | * | |

ORDER GRANTING DEFENDANT'S MOTION (DE# 73) AND NOTICE OF SETTING

Before the Court is the Defendant's motion to Set Change of Plea Hearing (DE# 73).

Said motion is hereby GRANTED. The Change of Plea hearing is set for **Monday, September 18, 2017 at 9:00 A.M.**

IT IS SO ORDERED this the 1st day of September, 2017.

s/ S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT COURT JUDGE