# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:16-10065-STA |
| JAMES WYNN, JR., ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

This cause came to be heard on September 20, 2017, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, James Wynn, Jr., appearing in person, and with counsel, Russell Larson.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, NOVEMBER 27, 2017 at 2:30 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 20th day of September, 2017.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT