# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:16-cr-10065-STA |
| JAMES WYNN, JR., | ) | |
| Defendant. | ) | |

## ORDER ON MOTION TO WAIVE PRESENTENCE INVESTIGATIVE REPORT

THIS MATTER came on for consideration before the Honorable S. Thomas Anderson, Chief United States District Judge for the Western District of Tennessee, Eastern Division, upon the Motion to Waive Presentence Investigative Report in the above-referenced matter.

The Defendant would further request that the Court advance his Sentencing Hearing to the earliest date possible with the Court's schedule.

From all of which it appears to the Court said Motion is well taken and in the interest of justice and the Presentence Investigative Report is waived and the Sentencing Hearing is moved to **Tuesday, October 17, 2017 at 10:30AM**.

s/S. Thomas Anderson
S. Thomas Anderson
Chief United States District Judge
